Date: 09/09/09    Recpt # 149020    Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-12616 - SKORDELES, MELISSA JOY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000002 | 311.44 | 3.69 ck 1003 |
| The Illuminating Company - CEI<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141<br>  (5-1) electric service | 000005 | 201.29 | 2.39 ck 1006 |
| ---------- Remittance Total --------------- | | 512.73 | 6.08 |

*signature*
MARY ANN RABIN, Trustee